From a verdict of guilty and judgment imposing penal servitude of four months, the defendant appeals.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State.*
*Seawell & Wilson for defendant, appellant.*

PER CURIAM. This case involves no new question or feature requiring extended discussion. We have examined the record and find no substantial merit in any of the exceptions brought forward. Prejudicial error has not been made to appear. The verdict and judgment will be upheld.

No error.

---

MRS. JOHN IRVIN v. JULIETTA A. OLSEN, EVERETT N. OLSEN, J. B. BLAND AND RUTH W. BLAND.

(Filed 15 December, 1954.)

APPEAL by plaintiff from *Sharp, S. J.,* at 7 June, 1954, Extra Civil Term, of MECKLENBURG.

Civil action begun 3 June, 1954, for the purpose, as alleged in the complaint of plaintiff, of setting aside a deed from defendants Olsen to defendants Bland, conveying certain land in Mecklenburg County, N. C., on the ground that it was made with fraudulent intent to defeat the rights of plaintiff against *feme* defendant Olsen in her action for alienation of the affections of her husband, pending at the time said deed was executed.

Defendants Bland, in apt time, demurred to the complaint for that it fails to state against them facts sufficient to constitute a cause of action on numerous grounds.

The demurrer was sustained by the court and from judgment in accordance therewith, plaintiff appeals to Supreme Court, and assigns error.

*McRae & McRae for plaintiff, appellant.*
*O. W. Clayton for defendants, appellees.*

PER CURIAM. The judgment sustaining the demurrer is, in the light of facts presently alleged, accordant with applicable principles of law in such cases. Hence the judgment is

Affirmed.